UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LUCAS, R.N., ET AL.,

    Plaintiffs,                      No. 15-10337

v.                                District Judge Arthur J. Tarnow
                                  Magistrate Judge R. Steven Whalen

ULLIANCE, INC. ET AL.,

    Defendants.

_____/

## ORDER

For the reasons and under the terms stated on the record on July 23, 2019, Defendant Ulliance, Inc.'s ("Ulliance's") Motion to Compel [Doc. #139] is GRANTED IN PART AND DENIED IN PART.[1]

No later than 21 days from the date of this Order, Plaintiff Scott Sanders will provide full and complete responses to Ulliance's First Set of Interrogatories Nos. 2-5, 1-14, and 16-17, and responses to Ulliance's Fist Set of Requests for Documents Nos. 2-6, 8-9, and 11-12, as well as a signed copy of his original answers to Ulliance's First Set of Interrogatories. PLAINTIFF SANDERS' FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN FURTHER SANCTIONS, WHICH MAY INCLUDE DISMISSAL OF HIS CLAIMS.

No later than 21 days from the date of this Order, Defendants Vialpando, Lucas, and Schultz will provide signed copies of their original answers to Ulliance's First Set of Interrogatories.

---

[1] Plaintiffs Vialpando, Lucas, and Schultz provided supplemental responses on the morning of the hearing on this motion.

Pursuant to Fed.R.Civ.P. 37, Plaintiffs Sanders, Vialpando, Lucas, and Schultz are sanctioned in the amount of $2,500.00, jointly and severally, payable to Defendant Ulliance's counsel within 60 days of the date of this Order.

Plaintiffs' failure to comply with this Order will result in further sanctions, which may include dismissal of the claims.

IT IS SO ORDERED.


Dated: July 23, 2019
s/R. Steven Whalen
R. STEVEN WHALEN
U.S. MAGISTRATE JUDGE

---

### CERTIFICATE OF SERVICE

I hereby certify on July 23, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 23, 2019.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen